UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STACY SHAW,                          )
                                     )
            Petitioner,              )
                                     )
    vs.                              )        Case No. 4:08CV719 RWS
                                     )
TROY STEELE,                         )
                                     )
            Respondent.              )


## MEMORANDUM AND ORDER

This matter is before the Court on the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254 filed by petitioner Stacy Shaw.  The Court referred

this matter to United States Magistrate Judge Lewis M. Blanton for a report and

recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b).  On

June 1, 2011, Judge Blanton filed his recommendation that petitioner's habeas

petition should be denied.  Petitioner did not object to the Report and

Recommendation, and his time for doing so has now expired.

    After careful consideration, I will adopt and sustain Judge Blanton's Report

and Recommendation in its entirety.  I have also considered whether to issue a

certificate of appealability.  To grant a certificate of appealability, the Court must

find a substantial showing of the denial of a federal constitutional right.  See

Tiedeman v. Benson, 122 F.3d 518, 522 (8th Cir. 1997). A substantial showing is a showing that issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings. Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997) (citing Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994)). Because petitioner has not made such a showing, I will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation filed on June 1, 2011 [#13] is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Petitioner Stacy Shaw's Petition for Writ of Habeas Corpus [#1] is denied.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2011.