UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STACY SHAW,                          )
                                     )
              Petitioner,            )
                                     )
       v.                            )          Case No. 4:08CV719 RWS
                                     )
TROY STEELE,                         )
                                     )
              Respondent.            )

**MEMORANDUM AND ORDER**

This matter is before me on petitioner's "pro se motion to supplement to Rule 60(b)."

There is no Rule 60(b) motion pending in this closed habeas case, so petitioner's motion to

supplement must be denied.  To the extent this motion is construed as attempting to file a Rule

60(b) motion based upon alleged newly discovered evidence, the motion will be denied.  The

alleged newly discovered evidence is a letter from the victim's mother that was previously

provided by petitioner in support of his habeas petition.  That letter was thoroughly discussed and

rejected as evidence of petitioner's alleged innocence by Magistrate Judge Lewis M. Blanton in

his Report and Recommendations filed on June 1, 2011.  I adopted that Report and

Recommendation on June 28, 2011.  I continue to believe that Judge Blanton's analysis is correct

and that petitioner is not entitled to any habeas relief based upon this letter or any other ground

advanced in his petition or this motion.

       Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion [#16] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of May, 2012.